

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CARRO,<br><br>Defendant. | Case No. 21CR2581-TWR<br><br>**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE AND JUDGMENT THEREON**<br><br>The Honorable Todd W. Robinson |

Good cause having been shown, the United States' Motion to Dismiss the Indictment without Prejudice is **GRANTED**. The Court dismisses the Indictment without prejudice. **SO ORDERED AND ADJUDGED.**

DATED: 5/4/22

HON. TODD W. ROBINSON
United States District Judge